IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C.,<br><br>Plaintiff,<br><br>v.<br><br>MEHDI MEDICAL LLC, LDR HOLDING CORPORATION, and ZIMMER BIOMET HOLDINGS, INC.,<br><br>Defendants. | CIVIL ACTION: 5:18-cv-01967 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Robert W. Mauthe, M.D., P.C. ("Plaintiff") and Defendants Mehdi Medical LLC, LDR Holding Corporation, and Zimmer Biomet Holdings, Inc., through undersigned counsel, that all individual claims asserted by Plaintiff in this action are hereby dismissed in their entirety with prejudice, each party bearing its own costs.

SHENKAN INJURY LAWYERS, LLC
Richard Shenkan
6550 Lakeshore St.
West Bloomfield, MI 48323
Telephone: (248) 562-1320
Facsimile: (888) 769-1774
rshenkan@shenkanlaw.com

BOCK, HATCH, LEWIS & OPPENHEIM, LLC
Daniel J. Cohen
Molly S. Gantman
Phillip A. Bock
134 La Salle Street

STEVENS & LEE, P.C.
Nicholas H. Pennington
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6352
Facsimile: (610) 371-7372
nhp@stevenslee.com

*Counsel for Defendant Mehdi Medical LLC*

Suite 1000
Chicago, IL 60602
Telephone: (312) 658-5500
Facsimile: (312) 658-5555
danieljaycohen209@gmail.com
molly@classlawyers.com
phil@bockhatchllc.com

*Counsel for Plaintiff Robert W. Mauthe, M.D., P.C.*

Franco A. Corrado
Kristin M. Hadgis
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
franco.corrado@morganlewis.com
kristin.hadgis@morganlewis.com

*Counsel for Defendants LDR Holdings Corporation and Zimmer Biomet Holdings, Inc.*